### 13383.   SMITH v. THE STATE.

BLOODWORTH, J.   The motion for a new trial contains no special grounds; the evidence amply supports the verdict; the questions of fact were passed upon by the jury; the trial judge has sanctioned their finding by refusing to grant a new trial, and this court cannot interfere. See *Townsend* v. *State,* 26 *Ga. App.* 82, 83 (105 S. E. 377), and cases cited.   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MAY 9, 1922.

Conviction of involuntary manslaughter; from Mitchell superior court — Judge Bell. January 14, 1922.

*A. S. Johnson,* for plaintiff in error.
*B. C. Gardner, solicitor-general,* contra.